SWEET JAMES, LLP
Ashkahn Mohamadi, State Bar No. 299029
*ashkahn@sweetjames.com*
Matthew Bremont, State Bar No. 311957
*matthewb@sweetjames.com*
Amy Al Salek, State Bar No. 366972
*amya@sweetjames.com*
*am-service@sweetjames.com*
4220 Von Karman Avenue, Suite 200
Newport Beach, CA 92660
Telephone: (949) 644-1000
Facsimile: (949) 644-1005

PANISH | SHEA | RAVIPUDI LLP
THOMAS A. SCHULTZ, State Bar No. 149578
*tschultz@panish.law*
ANDREW SCHRADER, State Bar No. 307964
*aschrader@panish.law*
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
Telephone: 310.477.1700
Facsimile: 310.477.1699

Attorneys for PLAINTIFF, CRISTHIAN ANDRES CUCAS ESPINOSA

JS-6

PANISH | SHEA | RAVIPUDI LLP

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

CRISTHIAN ANDRES CUCAS ESPINOSA, an individual,

Plaintiff,

v.

LEPINE SASI'U, an individual; TRANS PAPA LOGISTICS INC., a Kentucky corporation; and DOES 1-10,

Defendants.

Case No. 2:26-cv-07754-JFW (DSRx)

ORDER RE STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE

| | |
|---|---|
| Courtroom: | 7A, 7th Floor |
| Judge: | Hon. John F. Walter |
| Action Filed: | April 1, 2026 |
| Removed: | July 16, 2026 |
| Trial Date: | Not yet set |

**<u>Order Dismissing Entire Action Without Prejudice</u>**

Having considered the parties' Stipulation for Dismissal of Entire Action Without Prejudice, and good cause appearing, IT IS HEREBY ORDERED:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is dismissed in its entirety without prejudice.

2. All dates and deadlines currently set in this action are VACATED, including the September 4, 2026 deadline for the Joint Rule 26(f) Report and the Scheduling Conference set for September 21, 2026 at 1:15 p.m. in Courtroom 7A.

3. The Clerk is directed to close the file.

IT IS SO ORDERED.

DATED: August 28, 2026

HON. JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

PANISH | SHEA | RAVIPUDI LLP